IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

JASON MATHEW WEAVER                                                    PLAINTIFF

VS.                                  Civil No. 09-CV-4042

FORMER SHERIFF LINDA RAMBO,
Miller County, Arkansas; BRENT
HALTOM, District Attorney,  Miller
County, Arkansas; and SHANNON
TUCKETT, Public Defender, Miller
County, Arkansas                                                      DEFENDANTS

## ORDER

Now on this 18th day of September, 2009, comes on for consideration the proposed findings and recommendations filed herein on August 11, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that this action should be and is hereby **dismissed** for failure to state a claim.  *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii) (*in forma pauperis* action may be dismissed on such grounds at any time).

IT IS SO ORDERED.


/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**